IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |
| **THIS DOCUMENT RELATES TO:**<br><br>*Michael Syracuse, Sr. and Karon Syracuse v. AbbVie Inc., et al*<br>*Civil Action No.:* **1:16-cv-01447** | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Karon Syracuse, by and through his counsel of record, respectfully moves the Court to deny Defendants' Motion for Dismissal, and shows the following:

1. In accordance with Case Management Order #9 [MDL No. 2545] (hereafter "CMO #9"), the undersigned counsel forwarded the Plaintiff Fact Sheet to Plaintiff for completion and Authorizations to execute in order to serve the same on Defendants within the 80 day periods. Plaintiff had not provided the undersigned counsel with a completed Fact Sheet or executed Authorizations to serve on Defendants.

2. The undersigned counsel was informed that Plaintiff, Michael Syracuse, Sr. passed away on February 5, 2016.

3. Plaintiff, Michael Syracuse, Sr.'s estate was probated on April 6, 2016, appointing Karon Syracuse Independent Administratrix of the Estate. Since that time, the undersigned counsel has since been in communication with Karon Syracuse to substitute her in as the

representative of the estate of Mr. Syracuse and complete a Fact Sheet and execute Authorizations.

4. The undersigned counsel filed a Suggestion of Death and Motion to Substitute Party on June 14, 2016.

5. Plaintiff's failure to provide a completed Plaintiff Fact Sheet and executed Authorizations to be timely served on Defendants was not an intentional disrespect of the Court or its Order, but is due to the death of Plaintiff, Michael Syracuse, Sr. Again, the undersigned counsel is working with Karon Syracuse to complete Plaintiff Fact Sheet and executed Authorizations to serve on Defendant.

6. Plaintiff respectfully requests that the Court not dismiss this action or impose other sanctions.

Respectfully submitted,

**BRENT COON & ASSOCIATES**

*/s/Robert A. Schwartz*
Texas Bar No. 17869670
300 Fannin, Suite 200
Houston, TX   77002
Telephone:  (713) 225-1682
Facsimile:   (713) 225-1785
Email:  bob.schwartz@bcoonlaw.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

           */s/Robert A. Schwartz*
           **ROBERT A. SCHWARTZ**